UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **KAREN RANDALL** | * | **CIVIL ACTION NO: 5:16-CV-00404** |
| **VERSUS** | * | **JUDGE ELIZABETH E. FOOTE** |
| **HOLMES EUROPEAN MOTORS, LLC AND HOLMES AUTO GROUP, INC.** | * | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT OF DISMISSAL**

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this suit be and hereby is dismissed in its entirety, with prejudice, with each party to bear their own court costs.

Shreveport, Louisiana this __7th__ day of __December__, 2018.

_____
UNITED STATES DISTRICT JUDGE